1  SHELLIE LOTT, SBN: 068748
   Cerney Kreuze & Lott, LLP
2  42 N. Sutter Street, Suite 400
3  Stockton, California 95202
   Telephone: (209) 948-9384
4  Facsimile: (209) 948-0706

5  LINDA ZISKIN, SBN: 196293
6  Ziskin Law Office
   PO Box 753833
7  Las Vegas, NV 89136
   Telephone: (503) 889-0472
8  Facsimile: (888) 889-5776

9  Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO BRANCH

| | |
|---|---|
| BARRY DANA WEST,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant | Case No.: 1:16-CV-01377-EPG<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT/REMAND** |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion for Summary Judgment/Remand in the above-referenced case is hereby extended to the new due date of July 26, 2017.

This extension (30 days) is requested because Attorney Ziskin has out-of-town family obligations during the coming month, and will be taking several short leaves from her office during that time.

DATED:  June 16, 2017

                                            PHILLIP A. TALBERT
                                            United States Attorney
                                            DEBORAH LEE STACHEL
                                            Regional Chief Counsel, Region IX

 /s/ *Linda Ziskin*                          */ s/ Margaret Branick-Abilla*
LINDA ZISKIN,                               MARGARET BRANICK-ABILLA,
Attorney for Plaintiff                      (As authorized via E-mail on _____)
                                            Special Assistant U S Attorney
                                            Attorneys for Defendant

SHELLIE LOTT, SBN: 068748
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

LINDA ZISKIN, SBN: 196293
Ziskin Law Office
PO Box 753833
Las Vegas, NV 89136
Telephone: (503) 889-0472
Facsimile: (888) 889-5776

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY DANA WEST,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 1:16-CV-01377-EPG<br><br>**ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT/REMAND** |

Pursuant to the stipulation of the parties for a requested first extension of Plaintiff's time to file a Motion for Summary Judgment/Remand, the request is hereby APPROVED.

Plaintiff shall file her Motion for Summary Judgment/Remand on or before July 26, 2017. All other deadlines in the scheduling order are modified accordingly.

IT IS SO ORDERED.

Dated: __**June 19, 2017**__　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE