# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY DANA WEST,<br><br>        Plaintiff,<br>   v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:16-cv-01377-EPG<br><br>**STIPULATION & ORDER FOR EXTENSION OF TIME** |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, that Defendant shall have a 30-day extension of time, from October 23, 2017 until November 22, 2017, to respond to Plaintiff's Motion for Summary Judgment. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Defendant's first request for an extension of time. Defendant respectfully submits that good cause exists for the requested extension because additional time is needed to review and evaluate the administrative record, to consider the issues raised in Plaintiff's Motion, to accommodate Defendant's counsel's competing workload demands, including an increase in the number of cases requiring briefing, and to determine whether options exist for settlement. Plaintiff does not oppose Defendant's request for an extension of time.

1

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: October 17, 2017 | CERNEY KREUZE & LOTT, LLP |
| 3 | | By: */s/ Shellie Lott*\* |
| 4 | | SHELLIE LOTT |
| | | Attorneys for Plaintiff |
| 5 | | [*As authorized by e-mail on Oct. 17, 2017] |
| 8 | Dated: October 18, 2017 | PHILLIP A. TALBERT |
| | | United States Attorney |
| 9 | | DEBORAH LEE STACHEL |
| 10 | | Regional Chief Counsel, Region IX |
| | | Social Security Administration |
| 12 | | By: */s/ Margaret Branick-Abilla* |
| | | MARGARET BRANICK-ABILLA |
| 13 | | Special Assistant United States Attorney |
| | | Attorneys for Defendant |

# **ORDER**

Based on the above stipulation by the parties, Defendant shall have a 30-day extension of time, from October 23, 2017 until November 22, 2017, to respond to Plaintiff's Motion for Summary Judgment. All other dates in the Court's Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: **October 18, 2017**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE